DEBRA WINESBERRY      *      NO. 2024-CA-0166

VERSUS      *      COURT OF APPEAL

ST. BERNARD PARISH GOVERNMENT      *      FOURTH CIRCUIT

     *      STATE OF LOUISIANA

     *

     *

* * * * * * *

*DNA*ATKINS, J., CONCURS IN THE RESULT.